IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 3-04-CR-0048-N |
| | § | NO. 3-08-CV-0420-N |
| CHRIS RICHARD DREW | § | |
| | § | |
| Defendant. | § | |

**ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1) and making de novo review of those portions to which objection was made, I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED.

Signed January 20, 2009.

David C. Godbey
United States District Judge